1
2
3
4
5 `
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

11 | RYAN ALLEN-HALL,                ) Case No. CV 09-00655 DDP (FFMx)
                                    )
12 |            Plaintiff,           ) **ORDER TO SHOW CAUSE WHY THIS**
                                    ) **ACTION SHOULD NOT BE DISMISSED**
13 |     v.                          ) **FOR LACK OF SUBJECT MATTER**
                                    ) **JURISDICTION**
14 | LOS ANGELES COMMUNITY           )
   | COLLEGE DISTRICT; DR. STEVE    )
15 | MARADIAN; DOES 1-100,          )
   | Inclusive                      )
16 |                                )
   |           Defendants.          )
17 |                                )
   | _____  )
18

19     The Court orders the parties to show cause why this action
20 should not be dismissed for lack of subject matter jurisdiction.
21 The Defendant removed this action from Superior Court asserting
22 federal question jurisdiction.  The Court is not convinced that it
23 has jurisdiction over this proceeding.
24     The Court orders the parties to file cross-briefs, not to
25 exceed ten pages, on or before March 30, 2009, to show cause
26 why this action should not be dismissed for failure to establish
27 federal jurisdiction.  The parties should also deliver a
28 ///

1  courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring
2  Street, Los Angeles.  If a party does not file a brief, the Court
3  will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: March 13, 2009

_____
DEAN D. PREGERSON
United States District Judge

2